472 A.2d 250

Commonwealth v. Ramseur, Appellant.

Submitted November 18, 1983. Kim Eaton, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Charles P. Mirarchi is affirmed.